**UNPUBLISHED**

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

**No. 21-6685**

KEVIN X. MCWILLIAMS,

       Plaintiff - Appellant,

      v.

J. FRAME, Senior Officer; S. JAMISON, Maintenance Worker Foreman; A. KUHL, Lieutenant; A. WEAVER, Senior Officer; J. BARNES, Senior Officer Specialist,

       Defendants - Appellees.

Appeal from the United States District Court for the Northern District of West Virginia, at Clarksburg.  Thomas S. Kleeh, District Judge.  (1:19-cv-00076-TSK)

Submitted:  August 19, 2021               Decided:  August 24, 2021

Before GREGORY, Chief Judge, FLOYD, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Kevin X. McWilliams, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kevin X. McWilliams appeals the district court's orders accepting the recommendation of the magistrate judge and denying relief on McWilliams' complaint filed pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971), and denying McWilliams' Fed. R. Civ. P. 59(e) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *McWilliams v. Frame*, No. 1:19-cv-00076-TSK (N.D. W. Va. Mar. 15, 2021; Apr. 26, 2021). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*